IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KANE MILLSAPS** **PLAINTIFF**
**ADC #168646**

v.                    Case No: 4:24-cv-00341-LPR

**ASHLEY N. KING, et al.** **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 10). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Complaint (Docs. 1 & 11) is DISMISSED without prejudice for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 10th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] After Judge Moore entered the RD, Plaintiff filed an Amended Complaint. *See* Doc. 11. But Plaintiff has still failed to either pay the filing fee or seek leave from the Court to proceed *in forma pauperis*. Therefore his Amended Complaint is also dismissed for the reasons set forth in the RD.